Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendant,
Festival Trading, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| P & P imports, LLC,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Festival Trading, Inc., and Does 1-10, et. al.<br><br>　　　　　　Defendants. | Case No.  8:17-CV-1541-DOC-JCG<br><br>**DEFENDANT FESTIVAL TRADING, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Date:  January 22, 2018<br>Time:  8:30 a.m.<br>Ctrm:  9D |

**TO PLAINTIFF AND TO THEIR ATTORNEYS OF RECORD:**

---

**PLEASE TAKE NOTICE** that on January 22, 2018, at 8:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 411 West 4th Street, Santa Ana, California, 9th Floor, Courtroom 9D, Defendant, Festival Trading, Inc. ("Festival Trading"), will move the court to dismiss the First Amended Complaint (Docket No. 13) of P & P Imports, LLC ("P & P"), pursuant to Federal Rules of Civil Procedure 12(b)(6) on the ground P & P failed to state a claim upon which relief can be granted.

The motion will be based on this Notice of Motion; the Memorandum of Points and Authorities filed herewith; the Request for Judicial Notice filed herein; all pleadings and papers filed herein; and such further evidence and argument as may be submitted at the hearing on this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 on December 7, 2017.

Dated: December 18, 2017

                                  LT Pacific Law Group LLP

                                  /s/Jen-Feng Lee_____

                                Jen-Feng (Jeff) Lee
                                Attorney for Defendant,
                                Festival Trading, Inc.

## PROOF OF SERVICE

The undersigned certifies that the foregoing document, **DEFENDANT FESTIVAL TRADING, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**, was filed electronically in compliance with Local Rule 5 – 3.3 and Federal Rules of Civil Procedure.  As such, this document was served on all counsel deemed to have consented to electronic service.  Local Rule 5 – 4.1.3. All other counsel of record or per se parties not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, as identified below:

    NONE.

On this 18th day of December, 2017.

                                            /s/Jen-Feng Lee_____
                                            Jen-Feng Lee