**LEVIN & DICTEROW**
William E. Levin, SBN 104631
Steven M. Dicterow, SBN 89371
301 Forest Avenue, Second Floor
Laguna Beach, CA 92651
williamlevin@hotmail.com
sdicterow1121@yahoo.com
(949) 613-5131

Attorneys for Plaintiff,
P&P IMPORTS LLC.

**LT Pacific Law Group, LLP**
Jen-Feng Lee, SBN 204328
17800 Castleton, Suite 560
City of Industry, CA 91748
jflee@ltpacificlaw.com
(626) 810-7200

Attorneys for Defendant,
Festival Trading, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| P&P Imports LLC, a California Limited Liability Corporation,<br><br>Plaintiffs,<br>v.<br><br>Festival Trading, Inc. and Does 1-10, et. al.<br><br>Defendants. | Case No.: 8:17-CV-1541-DOC-JCG<br><br>**[PROPOSED] STIPULATED ORDER AND CONSENT DECREE** |

1

[PROPOSED] STIPULATED ORDER AND CONSENT DECREE

# STIPULATED ORDER AND CONSENT DECREE

## I.

## PREAMBLE

Plaintiff, P&P Imports LLC ("P&P") filed a Fourth Amended Complaint [Dkt. No. 47] ("Complaint") for permanent injunction and other relief against Festival Trading, Inc. ("Defendant" or "Festival"), and Does 1-10, pursuant to 35 U.S.C. § 271 for patent infringement, 17 U.S.C. § 101 *et seq.* for copyright infringement, 15 U.S.C. § 1125 for false advertising, trade dress infringement, and unfair competition, Cal. Civ. Code § 1770 for deceptive practices, Cal. & Bus. Prof. Code § 17200 *et seq.* for unfair competition, unfair and deceptive practices, and false advertising, and Cal. Bus. & Prof. Code § 17500 *et seq.* for false and misleading advertising, and California common law for trade dress infringement (collectively the "asserted claims").

P&P and Festival have reached a confidential settlement agreement ("settlement agreement") that is subject to the entry of this Order and Consent Decree. Parties understand that there is no adjudication of any claims or defenses, or admission of any liability on the part of any party. Festival, nonetheless, voluntarily consents to the entry of this this Order and agrees that its provisions are binding upon Festival and will inure to any corporation, partnership, subsidiary, division, or other entity thereof regardless of form, and its officers, agents, servants, employees, and all persons or entities in active concert or participation with them who receive actual notice of this Order, by personal service or otherwise.

## II.

## FINDINGS

1. The Court has jurisdiction over the parties and the subject matter of this action, and will retain jurisdiction over enforcement of this Order and

Consent Decree and the parties settlement agreement. Venue in the Central District of California is proper. The Court shall retain jurisdiction to enforce this Order and Consent Decree and the parties' settlement agreement.

2. The Complaint states claims upon which relief can be granted.

3. The parties waive all rights to challenge or contest the validity of this Order or to any appeal of the above captioned action.

4. The provisions of this Order are binding upon Festival, and will inure to any corporation, partnership, subsidiary, division, or other entity thereof regardless of form, and their officers, agents, servants, employees and all other persons or entities in active concert or participation with them, who receive actual notice of this Order and Consent Decree by personal service or otherwise, and their successors and assigns.

5. P&P owns a valid and enforceable patent, U.S. Patent No. 9,771,694 (the "'694 Patent"), issued on September 26, 2017, entitled "SAFETY CONE WITH CONTROLLED ILLUMINATION." A true and correct copy of the '694 Patent is attached hereto as Exhibit 1 and incorporated herein by reference. The original inventors assigned the '694 Patent to P&P on September 26, 2017.

6. P&P owns valid and enforceable copyrights in their photographs and artwork registered with the U.S. Copyright Office under Registration Number VA0002013842 entitled "P&P Imports 2016 Lookbook." A true and correct copy of the copyright registration certificate is attached hereto as Exhibit 2 and is incorporated herein by reference.

7. P&P also owns valid and enforceable trade dress for each of its

SLAMMO® roundnet product, its PREMIUM LADDER TOSS product, and its PVC FRAMED CORNHOLE SET. Images of a representative SLAMMO® roundnet product, a PREMIUM LADDER TOSS product, and a PVC FRAMED CORNHOLE SET are attached hereto as Exhibits 3-5 respectively and incorporated herein by reference. P&P's trade dresses in the PVC FRAMED CORNHOLE SET. As shown in the Exhibits 3-5, the trade dress of the SLAMMO® roundnet product, the PVC FRAMED CORNHOLE SET, and the PREMIUM LADDER TOSS product includes the overall look and feel of the respective products' designs and packaging, such as color combinations used, the size, texture, dimensions, shape of individual elements, and the total visual impact as further set forth in section III below.

## III.
## DEFINITIONS

For purposes of this Order, the following definitions shall apply:

1. "SLAMMO TRADE DRESS" shall mean the look and feel of P&P's SLAMMO® roundnet game illustrated in Exhibit 3 and incorporated herein by reference, which is a product of the total visual impression created by the unique combination of its distinctive and non-functional bright green legs with contrasting black pipe, black clips, and black net, as well as substantially matching bright green balls.

2. "PREMIUM LADDER TOSS TRADE DRESS" shall mean the look and feel of P&P's Premium Ladder Toss game illustrated in Exhibit 4 and incorporated herein by reference, which is a product of the total visual impression created by the unique combination of its distinctive and non-functional bright yellow, red, and blue horizontal pipes

contrasting against a white frame, its red and blue 'bolos', and a blue carrying case with red handles.

3. "PVC CORNHOLE TRADE DRESS" shall mean the look and feel of P&P's PVC Framed Cornhole Set illustrated in Exhibit 5 and incorporated herein by reference, which is a product of the total visual impression created by the unique combination of its distinctive and non-functional color combination of red and blue targets with black trimmed corner inlets and target-holes, substantially matching red and blue PVC joint connectors for connecting the contrasting white frame, and red and blue bean bags.

4. "TRADE DRESSES" shall mean the SLAMMO TRADE DRESS, the PREMIUM LADDER TOSS TRADE DRESS, and the PVC CORNHOLE TRADE DRESS owned by P&P.

5. "2016 LOOKBOOK" shall mean the work entitled <u>P&P Imports 2016 Lookbook,</u> U.S. Copyright Registration Number VA0002013842.

## IV.
## **CONSENT DECREE AND ORDER**

Festival agrees to the entry of this Order to refrain from engaging in activities that infringe P&P's '694 Patent, 2016 Lookbook, or TRADE DRESSES.

**IT IS HEREBY ORDERED** that Festival, directly or through any corporation, partnership, subsidiary, division, or other entity thereof regardless of form, and its officers, agents, servants, employees and all persons or entities in active concert or participation with them who receive actual notice of this Order, by personal service or otherwise, will refrain from: (1) engaging in activities that infringe P&P's '694 Patent, 2016 Lookbook, or TRADE DRESSES; (2) inducing infringement of P&P's '694 Patent, 2016 Lookbook, or TRADE DRESSES; or (3)

contributing to the infringement P&P's '694 Patent, 2016 Lookbook, or TRADE DRESSES.

**IT IS SO ORDERED**

Dated: December        , 2018            _____

HON. DAVID O. CARTER

UNITED STATES DISTRICT JUDGE

Dated: December 3, 2018            Levin & Dicterow

By:  /s/ William E. Levin
William E. Levin
Attorney for Plaintiff
P&P Imports, LLC

Dated: December 3, 2018            LT Pacific Law Group, LLP

By:  /s/ Jen-Feng Lee
Jen-Feng Lee
Attorney for Defendant
Festival Trading, Inc.

[PROPOSED] STIPULATED ORDER AND CONSENT DECREE